JESS R. MARCHESE, ESQ.
Nevada Bar No. 8175
JESS R. MARCHESE, PC.
601 S. Las Vegas Blvd.
Las Vegas, NV 89101
(702) 385-5377
Attorney for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA | 2:09-cr-00132--JAD (GWF) |
| Plaintiff, | |
| v. | |
| JEFFREY TURINO, | |
| Defendant | |

## MOTION FOR DEFENDANT TO ATTEND FUNERAL

Defendant, JEFFREY TURINO, by and through his attorney JESS R. MARCHESE, ESQ., moves this Honorable Court for an Order directing the U.S. Marshal to transport the defendant to the Pahrump Family Mortuary at 5441 Vicki Ann Road, Pahrump, Nevada, 89048 on September 25, 2014 at 2:00 p.m. to allow the defendant to attend the funeral of his mother, Louise Turino, who died on September 17, 2014.

DATED this 19th day of September, 2014.

/s/ Jess R. Marchese, Esq.
JESS R. MARCHESE, ESQ.
601 S. Las Vegas Blvd.
Las Vegas, NV 89101

**ORDER**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 2:09-cr-132-JAD (VCF) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JEFFREY TURINO, ) | |
| ) | |
| Defendant ) | |
| ) | |
| _____) | |

IT IS HEREBY ORDERED that the U.S. Marshal to transport the defendant to the Pahrump Family Mortuary at 5441 Vicki Ann Road, Pahrump, Nevada, 89048 on September 25, 2014 at 2:00p.m. to allow the defendant to attend the funeral of his mother, Louise Turino, who died on September 17, 2014.

Dated this _____ day of September, 2014,

_____
UNITED STATES MAGISTRATE JUDGE

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee in the office of Jess R. Marchese, Esq.. and is a person of such age and discretion as to be competent to file papers.

That on September 19, 2014, she served a copy of the attached <u>MOTION FOR DEFENDANT TO ATTEND FUNERAL</u> by personally filing via the United States District Court ECF to the following recipients:

Kathryn Newman, Esq.
Andrew Duncan, Esq.

                                        /s/Jess R.Marchese_____
                                           Employee of Jess R. Marchese, Esq.