# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff<br><br>v.<br><br>Jeffrey Turino,<br><br>　　　　Defendant | Case No. 2:09-cr-132-JAD-GWF<br><br>**Order Denying Emergency Motion to Attend Funeral with Marshal Transport [Doc. 265]** |

　　　　Jeffrey Turino is in pretrial custody awaiting trial in a multi-defendant conspiracy, racketeering, securities fraud, and money laundering case. Turino was detained as a flight risk after the court noted he was "present as a result of an arrest and extradition from the Netherlands," and had "significant ties to a foreign country." Doc. 183. Turino recently moved to reopen the detention hearing, and Magistrate Judge Hoffman denied the request on August 12, 2014. Doc. 251. Turino's objections to the Magistrate Judge's denial are awaiting my review. Doc. 261.

　　　　Turino now moves the court "for an Order directing the U.S. Marshal to transport [him] to the Pahrump Family Mortuary . . . on September 25, 2014" to attend his mother's funeral. Doc. 265. The government vehemently opposes the motion, arguing that Turino remains an international flight risk because his girlfriend and co-defendant Melissa Spooner reported that Turino had plans to flee to a non-extradition country if they were released after their extradition from the Netherlands, Turino remains in regular contact with a Rusian attorney, Turino's co-defendant Nickolaj Vissokovsky is a Russian citizen who has not yet been extradited to the United States, and "there are large sums of money that remain unaccounted for and are believed to be off-shore." Doc. 266 at 2. Moreover, the government suggests that granting Turino's request would place an undue burden and expense on the Marshal's office and give rise to community-safety concerns. *Id*.

　　　　Although the court greatly sympathizes with Turino's loss, the motion is denied. Turino has

1  not demonstrated that he is not a flight risk, nor has he even suggested any conditions to ensure the
2  safety of the community if the request were granted.  Indeed, Turino has offered no argument
3  whatsoever to support his bald request to utilize the resources of the U.S. Marshal's Office to
4  transport him to this funeral service.
5      Accordingly, the Motion for Defendant to Attend Funeral [265] is DENIED.
6      DATED September 23, 2014.

_____
Jennifer A. Dorsey
United States District Court Judge