# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JEFFREY TURINO,<br><br>    Defendant.<br>_____ | Case No. : 2:09-cr-00132-JAD-GWF<br><br>**ORDER**<br><br>**Motion - #289** |

This matter is before the Court on Defendant Jeffrey Turino's Motion for Miscellaneous Relief (Additional Library Time) (#289), filed on December 1, 2014. The Government filed its Response (#291) on December 5, 2014. The Court conducted a hearing in this matter on December 8, 2014. Having reviewed Defendant's motion, and considered it in light of the voluminous electronic discovery and evidence in this case, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Defendant Jeffrey Turino's Motion for Miscellaneous Relief (Additional Library Time) (#289) is **granted** as follows:

    1. The Federal Pretrial Detention Facility shall provide Defendant with the personal use of a properly working computer for no less than six (6) hours each day on a reasonable schedule to be determined by the Detention Facility, which may include breaking the six hours up into different blocks of time on the same day, for the purpose of reviewing legal and evidentiary materials provided to Defendant by his counsel; and

    2. The Federal Pretrial Detention Facility shall arrange for Defendant's counselor, case manager or other detention facility officer or employee to receive from Defendant's counsel all evidentiary items (which include e.g. CDs, DVDs, hard drives, and paper documents), safeguard

them from loss and provide these materials to Defendant upon his request, at reasonable times, for his review and use.

**IT IS FURTHER ORDERED** that if the Federal Pretrial Detention Facility determines that it is unable to comply with the provisions of this order, in whole or in part, it shall promptly notify the United States Marshal of its inability to comply.  The Marshal shall, in turn, notify Defendant's regarding counsel any such compliance issues.  The parties shall attempt to resolve the issues by mutual agreement.  If they are unable to do so, however, the Marshal or the Defendant may request modification of the order or a further hearing before the Court on this matter.

DATED this 8th day of December, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge