# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>JEFFREY TURINO,<br><br>          Defendant. | Case No. : 2:09-cr-00132-JAD-GWF<br><br>**ORDER**<br><br>**Motion - #333** |

This matter is before the Court on the United States' Motion for Protective Order (#333), filed on July 7, 2015. Having reviewed the United States' motion and the Defendant's response, and good cause appearing, the Court will grant the motion. Accordingly,

**IT IS HEREBY ORDERED** that the United States' Motion for Protective Order (#333) is **granted**.

**IT IS FURTHER ORDERED** that the hearing scheduled for July 28, 2015 at 3:00 p.m. is hereby **vacated**.

**DATED** this 16th day of July, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge