**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-CR-132-JAD-(GWF) |
| Plaintiff, | ) | |
| v. | ) | Preliminary Order of Forfeiture |
| JEFFREY TURINO, | ) | |
| Defendant. | ) | |

This Court finds that defendant Jeffrey Turino pled guilty to Count Three of a Fifteen-Count Second Superseding Indictment charging him with Conspiracy to Commit Securities Fraud in violation of Title 18, United States Code, Sections 1348 and 1349. Second Superseding Indictment, ECF No. 63; Change of Plea, ECF No. 459; Plea Agreement, ECF No. 460.

This Court finds defendant Jeffrey Turino agreed to the imposition of the in personam criminal forfeiture money judgment of $35,000,000 set forth in the Plea Agreement and the Forfeiture Allegation of the Second Superseding Indictment, held jointly and severally liable with any codefendants. Second Superseding Indictment, ECF No. 63; Change of Plea, ECF No. 459; Plea Agreement, ECF No. 460.

The in personam criminal forfeiture money judgment is any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 1348, a specified unlawful activity as defined in Title 18, United States Code, Sections 1956(c)(7)(A) and 1961(1)(D), or Title 18, United States Code, Section 1349, conspiracy to commit such offense, and is subject to forfeiture pursuant to Title 18, United States

Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c) and Title 21, United States Code, Section 853(p).

This Court finds that Jeffrey Turino shall pay an in personam criminal forfeiture money judgment of $35,000,000 to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Jeffrey Turino an in personam criminal forfeiture money judgment of $35,000,000.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 30 day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on August 30, 2016

                                              */s/ Heidi L. Skillin*
                                              HEIDI L. SKILLIN
                                              Asset Forfeiture Paralegal