JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Las Vegas Boulevard
Las Vegas, NV 89101
(702) 385-5377 Fax (702) 474-4210
marcheselaw@msn.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:09-CR-132-JAD-GWF |
| )  ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JEFFREY TURINO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**

IT IS HEREBY STIPULATED AND AGREED by and between JESS R. MARCHESE, ESQ. Counsel for Defendant JEFFREY TURINO and KATHRYN NEWMAN, Assistant United States Attorney, that sentencing currently scheduled for November 28, 2016 at 11:00 a.m., be vacated and reset to a date and time convenient to the court but approximately (30) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to his out-of-custody client and he has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and she has no objection to the continuance.

3. Mr. Turino would like additional time to live up to the terms of his plea agreement with the United States.

4. Mr. Turino also requests additional time to assist counsel with his sentencing memorandum.

5. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing until a date in approximately thirty (30) days..

This is the first request for continuance filed herein.

DATED: November 17, 2016

| /S/ | /S/ |
|---|---|
| JESS R MARCHESE, ESQ. | KATHRYN NEWMAN, ESQ. |
| 601 S. LV BLVD. | ASSISTANT UNITED STATES ATTORNEY |
| LAS VEGAS, NEVADA 89101 | 333 LAS VEGAS BOULEVARD SOUTH. #5000 |
| ATTORNEY FOR THE DEFENDANT | LAS VEGAS, NEVADA 89101 |

JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. LV Boulevard
Las Vegas, NV  89101
(702) 385-5377 Fax (702) 474-4210
marcheselaw@msn.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-CR-132-JAD-GWF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFREY TURINO, | ) | |
| | ) | |
| Defendant. | ) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsels for defendant has spoken to his out-of-custody client and he has no objection to the request for continuance.

2. Counsel for defendant has spoken to United States' counsel and she has no objection to the continuance.

3. Mr. Turino would like additional time to live up to the terms of his plea agreement with the United States.

4.  Mr. Turino also requests additional time to assist counsel with his sentencing memorandum.

5.  For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing until a date in approximately thirty (30) days.

This is the first request for continuance filed herein.

### **ORDER**

IT IS HEREBY ORDERED that the Hearing currently scheduled for November 28, 2016, at 11:00 a.m., be continued to January 4, 2017 at 9:00 a.m.

DATED this 21st day of November, 2016.

_____
U.S. DISTRICT JUDGE