KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
kb@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
400 S. 4th St., Suite 500
Las Vegas, Nevada 89101
Telephone: 702.793.4202
Facsimile: 702.793.4001

*Attorney for Jeffrey Turino*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>vs.<br><br>JEFFREY TURINO et al,<br><br>Defendant. | CASE NO.: 2:09-cr-00132-JAD-GWF<br><br>**SUBSTITUTION OF ATTORNEY** |

In accordance with LR IA 11-6, Kathleen Bliss, Esq. of the law firm Kathleen Bliss Law PLLC, hereby files the following stipulation to substitute attorney.

I agree to the substitution of Kathleen Bliss, Esq., to represent me in the above-entitled action in place of Jess R. Marchese Esq.

Dated this 21st day of December 2016.

Jeffrey Turino

/ / /

/ / /

/ / /

/ / /

/ / /

I hereby agree to the substitution of Kathleen Bliss, Esq. to represent the defendant, Jeffrey Turino, in the above-entitled action, in my place and stead.

Dated this ___ day of December 2016.

Jess R. Marchese Esq.
LAW OFFICE OF JESS R. MARCHESE
601 S. Las Vegas Blvd.
Las Vegas, Nevada 89101

I hereby agree to accept this substitution to represent defendant Jeffrey Turino in the above-entitled action.

Dated this ___ day of December 2016.

Kathleen Bliss, Esq.
KATHLEEN BLISS LAW PLLC
400 S. 4th St., Suite 500
Las Vegas, Nevada 89101

### ORDER

Based upon the stipulation of the defendant and counsel, and good cause appearing, it is hereby ORDERED that Kathleen Bliss, Esq., are substituted as counsel of record for Jeffrey Turino in the place of Jess R. Marchese, Esq.

DATED this 21st day of December, 2016.

UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I certify that I am an employee of Kathleen Bliss Law PLLC, and that on this 21st day of December 2016, I did cause a true copy of:

**SUBSTITUTION OF ATTORNEY**

to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System in this action.

By: /s/ Jason Hicks
An employee of
Kathleen Bliss Law PLLC