KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
kb@kathleenblisslaw.com
JASON HICKS, ESQ.
Nevada Bar No. 13149
jh@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
400 S. 4th St., Suite 500
Las Vegas, Nevada 89101
Telephone: 702.793.4202
Facsimile: 702.793.4001

*Attorneys for Jeffrey Turino*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>vs.<br><br>JEFFREY TURINO,<br><br>Defendant. | CASE NO.:   2:09-cr-132-JAD<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING**<br><br>**(Third Request)** |

Jeffrey Turino, by and through his counsel of record, Kathleen Bliss, Esq., of the law firm Kathleen Bliss Law PLLC; and the United States of America, by and through Assistant United States Attorney Kathryn C. Newman, hereby stipulate and request that the Court vacate Mr. Turino's sentencing hearing currently set for March 6, 2017, and continue it to a later time convenient with the Court, but not less than 14 days from the current setting.  This stipulation is made and based upon the following:

1. On August 22, 2016, Mr. Turino entered a plea of guilty to the charge of Conspiracy to Commit Securities Fraud, in violation of 18 U.S.C. § 1349, as alleged in the Second Superseding Indictment.

2. Sentencing is currently set for March 6, 2017.

3. On December 21, 2016, this Court approved substitution of counsel (ECF No. 510), and undersigned counsel filed a designation of retained counsel on December 22,

2016. (ECF No. 511).

4. On February 9, 2017, Counsel submitted objections to the United States Probation Officer who had prepared the Presentencing Report (PSR). On February 22, 2017, Counsel received the revised PSR. Counsel spent the better part of last week involved in a lengthy sentencing hearing occurring over February 21-22, 2017, in *United States v. Olson*, 2:12-cr-327. Counsel thus has not had adequate time to meet with Mr. Turino or the government to finalize preparation of the sentencing memorandum, which is due seven business days before sentencing (which would be on this date). See LCR 32-1. However, counsel can do so this week, which is in the best interest of Mr. Turino, as the recommendation of U.S. Probation is 292 months, while the government and Mr. Turino have agreed to a recommendation of 72 months – almost a 20 year difference.

5. Mr. Turino is not in custody pending sentencing, and he does not object to this continuance.

6. Counsel for the United States stipulates to this continuance.

7. The additional time requested by this stipulation is reasonable pursuant to Fed.R.Crim.P. Rule 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed [for sentencing] in this rule." Furthermore, a delay in sentencing does not implicate or undermine the defendant's speedy trial rights under the United States Constitution. *See Betterman v. Montana*, __ U.S. __, 136 S.Ct. 1609, 1617-1618 (2016).

8. This is the third request for a continuance of the sentencing. The additional time requested herein is not sought for purposes of delay.

9. Denial of this request for a continuance would deny counsel for Mr. Turino sufficient time to effectively and thoroughly prepare for sentencing, taking into account due diligence. Accordingly, a denial of this request for continuance could result in a miscarriage of justice.

Dated this 27rd day of February 2017.

| | |
|---|---|
| */s/ Kathryn C. Newman* | *Kathleen Bliss* |
| KATHRYN C. NEWMAN | KATHLEEN BLISS |
| Counsel for the United States | Counsel for Jeffrey Turino |

# ORDER

Based upon the stipulation of the parties, and good cause appearing, it is hereby ORDERED that Mr. Turino's sentencing hearing currently set for March 6, 2017, be, and the same hereby is, VACATED.

IT IS FURTHER ORDERED that the sentencing hearing is reset for March 27, 2017 at 10:00 a.m.

DATED this 28th day of February, 2017.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE