_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

APR 04 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:09-CR-132-JAD-(GWF) |
| Plaintiff, | ) |
| v. | ) Final Order of Forfeiture |
| JEFFREY TURINO, | ) |
| Defendant. | ) |

This Court found that Jeffrey Turino shall pay the in personam criminal forfeiture money judgment of $35,000,000, held jointly and severally liable with any codefendants, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Second Superseding Indictment, ECF No. 63; Change of Plea, ECF No. 459; Plea Agreement, ECF No. 460; Preliminary Order of Forfeiture, ECF No. 469.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Jeffrey Turino the in personam criminal forfeiture money judgment of $35,000,000 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

/ / /

/ / /

/ / /

1         IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies

2    of this Order to all counsel of record and three certified copies to the United States Attorney's

3    Office, Attention Asset Forfeiture Unit.

4         DATED this 4th day of _____April_____, 2017.

5

6

7                               UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26